THE STATE OF OHIO, APPELLANT, *v.* ESMOND, APPELLEE.

[Cite as *State v. Esmond* (1999), 87 Ohio St.3d 254.]

(No. 98–2477—Submitted November 3, 1999—Decided December 1, 1999.)

*Julia R. Bates,* Lucas County Prosecuting Attorney, and *Eric A. Baum,* Assistant Prosecuting Attorney, for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Conyers* (1999), 87 Ohio St.3d 246, 719 N.E.2d 535.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.